UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Laura Butt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12982-DRH |
| *Amy Elias v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10157-DRH |
| *Summer Ferguson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13061-DRH |
| *Jimilyn Johnson Curtis, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11350-DRH |
| *LaRae Nelson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13650-DRH |
| *Gayle Noland v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10260-DRH |
| *Taylor Walker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11717-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 19, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                          **NANCY J. ROSENSTENGEL,**
                                          **CLERK OF COURT**

                                        **BY:**   /s/*Sara Jennings*
                                                  **Deputy Clerk**

**Dated:**  March 20, 2014

Digitally signed by David R. Herndon
Date: 2014.03.20 05:20:13 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**